# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 14, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129128(110)

MARY KIRKALDY and WILLIAM KIRKALDY,
     Plaintiffs-Appellants,

v

CHOON SOO RIM, M.D., RIM & SOL, M.D.,
P.C., RAINA M. ERNSTOFF, M.D., and RAINA
M. ERNSTOFF, M.D., P.C.,
     Defendants-Appellees.

SC: 129128
COA: 225735
Wayne CC: 98-839111-NH

_____

On order of the Chief Justice, the motion by Citizens for Better Care for leave to file a brief *amicus curiae* is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 14, 2007

_____
Clerk